WILLIAM COCHRAN, Plaintiff-Appellee, *v.* CONSUMERS COMPANY, DIVISION OF VULCAN MATERIALS COMPANY, Defendant-Appellant.

(No. 56366; )

First District—November 6, 1972.

Opinion by Mr. JUSTICE BURKE.

Pratt & Warvel, of Chicago, (Edwin A. Strugala, of counsel,) for appellant.

Herman & Tannebaum, of Chicago, (Sidney Z. Karasik, William S. Keck, and Stuart N. Litwin, of counsel,) for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EMANUEL STASIN, Defendant-Appellant.

(No. 72-68; )

Second District—November 27, 1972.

